IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DWAYNE ANDERSON,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>FIRST HORIZON BANK, D. BRYAN  )<br>JORDAN, KEVIN BEESON, and  )<br>MANAGER OF BANK,  )<br>  )<br>  Defendants.  ) | No. 2:22-cv-02429-TLP-atc<br><br>JURY DEMAND |

# JUDGMENT

**JUDGMENT BY THE COURT.** This action came before the Court on Plaintiff's pro se Complaint, filed on June 28, 2022. (ECF No. 1.) In accordance with the Order Adopting Report and Recommendation (ECF No. 8), entered by the Court,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's RICO claim is **DISMISSED WITH PREJUDICE** and Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE**.

**APPROVED:**

s/Thomas L. Parker
_____

THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

April 22, 2024
_____
Date